UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PIERRE CURTIS, individually, SUSAN JOHNSON, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PLATINUM CHOICE HEALTH CARE LLC, a Delaware company, and ACA HELPLINE LLC, a Florida company,<br><br>*Defendants*. | Case No. 9:23-cv-81547-AMC<br><br>**CLASS ACTION** |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiff Pierre Curtis and Plaintiff Susan Johnson respond to the Court's Order to Show Cause (ECF No. 9) as follows.

Plaintiffs' counsel was on vacation between Christmas and New Years with limited access to emails and was, accordingly, delayed in responding to emails over that period.[1] Defendant's counsel first contacted the undersigned regarding Defendant's requested extension on Tuesday, December 26, 2023 by email and sent a second email on Thursday, December 28, 2023.[2]

---

[1] While two new complaints were filed in this District with Plaintiffs' counsel's signature during this period, both complaints were finalized and in queue for filing in advance of this period, and were filed by an authorized member of Plaintiff's firm (not Plaintiffs' counsel personally) as contemplated by the CM/ECF Administrative Procedures (at no. 3C., "Users shall be responsible for all documents filed with their passwords, whether by Users or any other person. No User shall permit his/her password to be used by anyone other than an authorized employee of the User's office.").

[2] Notably, despite the fact that Defendant's counsel represented Defendant in another matter pending in this District until November 16, 2023, *see* Case No. 9:23-cv-80964, Defendant's counsel appear to have waited nearly two weeks from service of the summons, until the days between Christmas and New Years, to first contact Plaintiffs' counsel to confer regarding the requested extension. *See* ECF 5.

Defendant's counsel then called once immediately before filing on Friday, December 29, 2023. The undersigned disagrees with defense counsel's mischaracterization of the undersigned's lack of availability between December 26 and 28.[3] A reasonable delay in responding to emails while on vacation and unavailable between Christmas and New Years is not a violation of the Local Rules and was not done for purposes of delay or gamesmanship. In fact, Plaintiffs' counsel routinely agrees to requests for extensions from Defendant's counsel in this and other jurisdictions.

DATED this 8th day of January, 2024.   Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
COLEMAN PLLC
66 West Flagler Street
Suite 900
Miami, FL 33130
(877) 333-9427
law@stefancoleman.com

*Attorneys for Plaintiff and the putative Class*

---

[3] Defense counsel's self-serving mischaracterization of prior dealings with the undersigned is also not a reasonable basis to impose sanctions.

2