UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-CV-81547-CANNON/MCCABE

**PIERRE CURTIS**, individually, **SUSAN JOHNSON**, on behalf of herself and other similarly situated individuals,

        Plaintiff,

v.

**PLATINUM CHOICE HEALTH CARE LLC**, a Delaware company, and **ACA HELPLINE LLC**, a Florida company,

        Defendants.

_____/

## DEFENDANT'S STATEMENT REGARDING THE COURT'S ORDER TO SHOW CAUSE

Defendants understand Plaintiffs counsel's unavailability during the holidays and do not request sanctions. Defendants only write to clarify the record on a few points in Plaintiffs' response to the order to show cause.

First, Plaintiffs' response does not acknowledge that the undersigned emailed two of Plaintiffs' lawyers, Avi Kaufman and Stefan Coleman, in the morning of December 26 and then again in the morning of December 28, to seek Plaintiffs' position on the extension motion. Neither Mr. Kaufman nor Mr. Coleman responded to either email. The response does not explain why neither of Plaintiffs' counsel were unavailable for several business days to take a moment to respond.

Second, Plaintiffs' counsel also seeks by way of footnote to minimize their previous failures to respond to conferral requests as Defendants' "self-serving mischaracterizations." That is not accurate. This District has noted this same "Plaintiff's counsel's practice of not fully

conferring with opposing counsel," and it found those actions "questionable, frustrating, and not up to the high standards this district expects from counsel." *Johnson v. Medigap Life, LLC*, 2023 WL 5619305, at *6 (S.D. Fla. Aug. 31, 2023). Indeed, the Court specifically warned "Mr. Kaufman . . . that future failures to confer fully and in good faith in other cases in this district may subject him to sanctions." *Id.* at *7.

Respectfully submitted this 9th day of January 2024.

*/s/ Matthew A. Keilson*
Matthew A. Keilson (FL #1002294)
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
T: 678-372-0408
E: mkeilson@wtlaw.com

*Counsel for Defendant Platinum Choice Health Care LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January 2024, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

*s/ Matthew A. Keilson*
Matthew A. Keilson

*Counsel for Defendant Platinum Choice Health Care LLC*
